IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALAN CLAY JONES,

Plaintiff,

vs.

ONEBEACON AMERICA
INSURANCE COMPANY and
BRENTWOOD SERVICES
ADMINISTRATORS, INC,

Defendants.                               Case No. 14-cv-522-DRH

## ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal (Doc. 44) filed by the parties under FEDERAL RULE OF CIVIL PROCEDURE 41(a). Accordingly, it is hereby **ORDERED** that this case is **DISMISSED with prejudice** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Signed this 19th day of June, 2015.

Digitally signed by
David R. Herndon
Date: 2015.06.19
15:24:24 -05'00'

**United States District Judge**