# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

ALAN CLAY JONES,

    Plaintiffs,

v.

ONEBEACON AMERICA
INSURANCE COMPANY, et al,

    Defendant.                      No. 14-cv-522-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiff and defendants.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 45), entered on June 19, 2015, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Dated: June 19, 2015

Digitally signed by David R. Herndon
Date: 2015.06.19 16:04:55 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT